**93–2599.** U.S. Fire Ins. Co. v. Caroline. *Mahoning County,* No. 92CA00166. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.